John E. Gartman (Cal. State Bar No. 152300)
Juanita Brooks (Cal. State Bar No. 75934)
John W. Thornburgh (Cal. State Bar No. 154627
FISH & RICHARDSON P.C.
4350 La Jolla Village Drive, Suite 500
San Diego, California 92122
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Shelley K. Wessels (Cal. State Bar No. 152394)
Kelly C. Hunsaker (Cal. State Bar No. 168307)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Attorneys for Defendant
Intel Corporation

RECEIVED AUG 2 2 2003 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | Case No. C 02-0637 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

On August 7, 2003, Intel Corporation and Broadcom Corporation entered into an agreement entitled "LITIGATION SETTLEMENT AGREEMENT BETWEEN BROADCOM CORPORATION & INTEL CORPORATION." The agreement settles all outstanding patent disputes and related actions between the parties. For the pending action <u>Broadcom Corporation v. Intel Corporation</u>, United States District Court for the Northern District of California, Case No. CV 02-0637 WHA, the parties hereby agree to withdraw and dismiss this action with prejudice pursuant to and subject to the terms of the "LITIGATION SETTLEMENT AGREEMENT BETWEEN BROADCOM CORPORATION & INTEL CORPORATION." Each party is to bear its own fees and costs.

1  ///
2  ///
3
4  Dated: 8/22/03              WILSON SONSINI GOODRICH & ROSATI

5
6                              By: /s/ James C. Yoon
                                James C. Yoon, Esq.
7
                                Attorneys for Plaintiff
8                               BROADCOM CORPORATION

9  Dated: 8/22/03              FISH & RICHARDSON P.C.
10
11                             By: /s/ Kelly Hunsaker
                                Kelly Hunsaker
12
13                             Attorneys for Defendant
                                INTEL CORPORATION
14

15 **IT IS SO ORDERED:**
16
17 Dated: August 26, 2003
18
19
                                _____
20
                                HON. WILLIAM ALSUP
21                              United States District Judge
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On August 22, 2003, I caused a copy of the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Ron E. Shulman, Esq.              Attorneys for Plaintiff,
Irwin R. Gross, Esq.              BROADCOM CORPORATION
James C. Yoon, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

[XX] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[XX] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

[ ] **EXPRESS MAIL:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service.

[ ] **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1  I declare under penalty of perjury that the above is true and correct. Executed on
2  August 22, 2003, at Menlo Park, California.

3  _____
   Christie Horsley